170 A.3d 319

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. NELSON H. PATTERSON, DEFENDANT–
PETITIONER.

July 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004595–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 320

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KEVIN DOUGLAS, DEFENDANT–PETITIONER.

July 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004225–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.